W. PAUL SCHUCK (Cal. Bar No. 203717)
*pschuck@bzbm.com*
**BARTKO ZANKEL BUNZEL & MILLER**
A Professional Corporation
One Embarcadero Center, Suite 800
900 Front Street, Suite 300
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

ANDREW G. DINOVO (applying *pro hac vice*)
*adinovo@dpelaw.com*
STEFANIE T. SCOTT (Cal. Bar No. 264314)
*sscott@dpelaw.com*
**DINOVO PRICE ELLWANGER & HARDY LLP**
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627

Attorneys for Defendant
SOCKEYE LICENSING TX LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTIONTEC ELECTRONICS, INC., <br><br> *Plaintiff*, <br><br> V. <br><br> SOCKEYE LICENSING TX LLC, <br><br> *Defendant*. | CASE NO.: 3:15-CV-09424 <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME OF CASE MANAGEMENT CONFERENCE & ORDER** <br><br> **CIVIL L.R. 6-2** <br><br> **Judge:** The Hon. Haywood S. Gilliam |

1

STIPULATED REQUEST FOR ORDER CHANGING TIME
Case No. 3:15-CV-09424 HSG

WHEREAS the initial case management conference in this case is set for February 2, 2016 at 2:00 p.m. before Judge Haywood S. Gilliam, Jr. (*see* Dkt. 15);

WHEREAS the parties' deadline to file the Case Management Statement is January 26, 2016 (*see id.*);

WHEREAS the parties have reached an agreement in principle to resolve all claims asserted in this case and are in the process of finalizing the settlement agreement;

WHEREAS the parties have met and conferred and, in order to avoid unnecessary use of judicial resources and other costs, have agreed to request an order changing the date of the initial case management conference to March 1, 2016;

IT IS HEREBY STIPULATED by and between counsel for Actiontec Electronics, Inc. and counsel for Sockeye Licensing TX LLC that the parties request, subject to the Court's approval, that the initial case management conference be reset for March 1, 2016.

An appropriate [Proposed] Order is submitted herewith.

DATED: January 27, 2016

                              FOLEY & LARDNER LLP

                              By: */s/ Scott R. Kaspar*
                                    Scott R. Kaspar

                              Attorneys for Plaintiff
                              ACTIONTEC ELECTRONICS, INC.

                              BARTKO, ZANKEL, TARRANT & MILLER

                              By: */s/ W. Paul Schuck*
                                      W. Paul Schuck

                              Attorneys for Defendant
                              SOCKEYE LICENSING TX LLC

**ATTESTATION OF E-FILER**

In compliance with Local Rule 5-1(i), the undersigned ECF user whose identification and password are being used to file this document, hereby attests that all signatories have concurred in the filing of this document.

/s/ *W. Paul Schuck*
W. Paul Schuck

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The initial case management conference for this matter is reset for **March 1, 2016**, before Judge Haywood S. Gilliam, Jr., at 2:00 p.m., in Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA.  Case Management Statement due by **February 23, 2016**.

Dated:  January 27, 2016

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Court Judge