# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ACTIONTEC ELECTRONICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SOCKEYE LICENSING TX LLC,<br><br>Defendant. | Case No. 3:15-cv-04924 HSG<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

Pursuant to Fed. R. Civ. P. 41(a)(2) and the stipulation of Plaintiff and Counter-Defendant Actiontec Electronics, Inc. ("Actiontec") and Defendant and Counter-Plaintiff Sockeye Licensing TX LLC ("Sockeye"), the Court hereby GRANTS the relief requested by the parties.

IT IS HEREBY ORDERED that Actiontec's declaratory judgment claims against Sockeye are dismissed without prejudice and Sockeye's counterclaims for infringement against Actiontec are dismissed with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: February 1, 2016

_____
THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE